UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HISCOX DEDICATED CORPORATE
MEMBER LTD,

    Petitioner,

v.                                            Case No: 2:17-cv-146-FtM-99CM

DAMASCUS TRADING COMPANY,
LLC,

    Respondent.
_____/

## **ORDER**[1]

This matter comes before the Court on review of the parties' Joint Status Report (Doc. 22) filed on October 5, 2017. The parties inform the Court that the appraisal process remains ongoing and request that the Court continue the stay of this matter for another 150 days to allow sufficient time for the appraisal to conclude. Because the parties are in agreement regarding the appraisal, the Court will continue the stay for this time period but will not be inclined to extend it any further.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

This matter is stayed until **March 5, 2018**, or such time as the parties inform the Court that the stay is due to be lifted or the matter otherwise dismissed.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of October, 2017.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record